UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOBA FALCON, | No. 2:16-cv-2645-JAM-EFB P |
| Petitioner, | |
| v. | ORDER |
| JACK FOX, et al., | |
| Respondents. | |

Petitioner is a federal prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2241. He has paid the filing fee.

A judge "entertaining an application for a writ of habeas corpus shall forthwith award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto." 28 U.S.C. § 2243. It is not apparent from the face of the application that the petitioner is not entitled to relief.

Accordingly, IT IS HEREBY ORDERED that:

1. Respondent shall file an answer or a motion in response to petitioner's application within 60 days from the date of this order. Any response shall be accompanied by any and all transcripts or other documents relevant to the determination of the issues presented in the application.

2. Petitioner's reply, if any, shall be filed and served within 30 days of service of an answer;

3. If the response to petitioner's application is a motion, petitioner's opposition or statement of non-opposition shall be filed and served within 30 days of service of the motion, and respondents' reply, if any, shall be filed within 14 days thereafter.

DATED:  November 30, 2016.

                         EDMUND F. BRENNAN
                         UNITED STATES MAGISTRATE JUDGE