PHILLIP A. TALBERT
United States Attorney
JEREMY KELLEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

Attorneys for Respondent

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOBA FALCON,<br><br>    Petitioner,<br><br>v.<br><br>JACK FOX, et al.,<br><br>    Respondents. | CASE NO. 2:16-CV-02645-JAM-EFB (HC)<br><br>[~~PROPOSED~~] ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME |

On January 19, 2017, Respondent requested a 60-day extension of time to file a response to ~~Yoba~~ Falcon's petition under 28 U.S.C. § 2241.

IT IS HEREBY ORDERED, that Respondent's request for a 60-day extension is granted. The response is now due March 31, 2017.

DATED: January 20, 2017.

_____
HON. EDMUND F. BRENNAN
United States Magistrate Judge

[~~PROPOSED~~] ORDER